# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

135926

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAROLD RODGERS a/k/a RICHARD
RODGERS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135926
COA: 282253
Wayne CC: 06-012351-FH

_____/

On order of the Court, the application for leave to appeal the January 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

_____
Clerk

p0604